IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKESHA MARTINEZ, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
    /

No. C 09-02306 CW

ORDER ON MOTION TO ENLARGE TIME

    On June 8, 2009, State defendants, the Governor, Directors of the Departments of Social Services and Health Care Services, and the State Controller, filed their ex parte request to enlarge time. The Court granted the request and set the following briefing schedule, which now applies to all parties in this case: Defendants' opposition[1] is due on June 15, 2009; Plaintiffs' reply is due on June 19, 2009; and the motion will remain on the Court's calendar to be heard on June 25, 2009.

    IT IS SO ORDERED.

Dated: 6/12/09

    CLAUDIA WILKEN
    United States District Judge

---

[1] The Court would prefer Defendants to file a joint opposition so as to eliminate duplicative briefing.