Michael G. Woods, # 58683
Timothy J. Buchanan, # 100409
Mandy L. Jeffcoach, #232313
McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants COUNTY OF FRESNO and
FRESNO COUNTY IN-HOME SUPPORTIVE
SERVICES PUBLIC AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MIKESHA MARTINEZ, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California; JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; JOHN CHIANG, California State Controller; FRESNO COUNTY; and FRESNO COUNTY IN-HOME SUPPORTIVE SERVICES PUBLIC AUTHORITY,<br><br>               Defendants. | Case No.  C 09-02306 CW<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS COUNTY OF FRESNO'S MOTION TO DISMISS AND MOTION TO SEVER CLAIMS; ORDER THEREON AS MODIFIED**<br><br>Date:    August 27, 2009<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 2 |

Plaintiffs MIKESHA MARTINEZ, et al. ("Plaintiffs") and Defendants COUNTY OF FRESNO and FRESNO COUNTY IN-HOME SUPPORTIVE SERVICES PUBLIC AUTHORITY (collectively referred to as "County of Fresno") hereby stipulate to continue the hearing date on County of Fresno's Motion to Dismiss and Motion to Sever from August 27, 2009 to September 17, 2009 at 9:00 a.m., with the County of Fresno's Reply papers being due on

STIPULATION TO CONTINUE HEARING DATE RE MOTION TO DISMISS/MOTION TO SEVER CLAIMS

or before September 3, 2009.

Good cause exists for the requested continuance as the parties are in the process of finalizing an agreement which will effectuate, among other items, a dismissal without prejudice of the claims against County of Fresno and a waiver of fees and costs by County of Fresno.

IT IS SO STIPULATED.

Dated: August 12, 2009                                   McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP


                                                                    By:          /s/ Mandy Jeffcoach
                                                                              Michael G. Woods
                                                                              Timothy J. Buchanan
                                                                              Attorneys for Defendant
                                                                              COUNTY OF FRESNO and FRESNO
                                                                              COUNTY IN-HOME SUPPORTIVE
                                                                              SERVICES PUBLIC AUTHORITY

Dated: August 12, 2009                                   ALTSCHULER BERZON LLP


                                                                    By:          /s/ Anne N. Arkush
                                                                              Stephen P. Berzon
                                                                              Scott A. Kronland
                                                                              Stacey M. Leyton
                                                                              Peder J. Thoreen
                                                                              Anne N. Arkush
                                                                              Attorneys for Plaintiffs

**ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiffs and County of Fresno, and good cause appearing therefore, it is hereby ORDERED that the hearing on County of Fresno's Motion to Dismiss and Motion to Sever Claims be continued from August 27, 2009 to **September 17, 2009 at 2:00 p.m.**

IT IS SO ORDERED.

_____
The Honorable Claudia Wilken
Judge of the Superior Court

1
2
3   29253/00173-1433428.v1
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION TO CONTINUE HEARING DATE RE MOTION TO DISMISS/MOTION TO SEVER CLAIMS