STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
ANNE N. ARKUSH (SBN 254985)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
aarkush@altshulerberzon.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

MIKESHA MARTINEZ, by and through her husband and next friend Carlos Martinez, LYDIA DOMINGUEZ, ALEX BROWN, by and through his mother and next friend Lisa Brown, DONNA BROWN, CHLOE LIPTON, by and through her conservator and next friend Julie Weissman-Steinbaugh, HERBERT M. MEYER, LESLIE GORDON, CHARLENE AYERS, WILLIE BEATRICE SHEPPARD, and ANDY MARTINEZ, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED HEALTHCARE WORKERS WEST; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED LONG-TERM CARE WORKERS; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521; and SERVICE EMPLOYEES INTERNATIONAL UNION CALIFORNIA STATE COUNCIL,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of the State of California; JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; JOHN CHIANG, California State Controller; FRESNO COUNTY; and FRESNO COUNTY IN-HOME SUPPORTIVE SERVICES PUBLIC AUTHORITY,

Defendants.

Case No. C 09-02306 CW

**<u>CLASS ACTION</u>**

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON**

Date: September 1, 2009
Time: 2:00 p.m.
Dept.: Courtroom 2

Pursuant to Local Rule 6-2, Plaintiffs MIKESHA MARTINEZ, et al. ("Plaintiffs"); Defendants ARNOLD SCHWARZENEGGER, JOHN A. WAGNER, DAVID MAXWELL-JOLLY, and JOHN CHIANG ("State Defendants"); and Defendants COUNTY OF FRESNO and FRESNO COUNTY IN-HOME SUPPORTIVE SERVICES PUBLIC AUTHORITY ("Fresno Defendants") hereby stipulate to continue the Initial Case Management Conference from September 1, 2009 to September 15, 2009 at 2:00 p.m., with the Joint Case Management Statement due on or before September 8, 2009.

Good cause exists for the requested continuance as Plaintiffs and Fresno Defendants are in the process of finalizing an agreement that will include a dismissal without prejudice of the claims against Fresno Defendants, but such agreement will not be final until shortly after August 25, the date on which the Joint Case Management Statement is currently due.

IT IS SO STIPULATED.

Dated: August ___, 2009

Respectfully submitted,

STEPHEN P. BERZON (SBN 46540)
SCOTT KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
ANNE N. ARKUSH (SBN 254985)
Altshuler Berzon LLP

By: ___________________________
Attorneys for Plaintiffs

Dated: August ___, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
MICHAEL ZWIBELMAN

By: ___________________________
Attorneys for State Defendants

Dated: August ___, 2009

Respectfully submitted,

MICHAEL G. WOODS
TIMOTHY J. BUCHANAN
McCormick, Barstow, Sheppard,Wayte & Carruth LLP

By: ___________________________
Attorneys for Fresno Defendants

**ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiffs, State Defendants, and Fresno Defendants, and good cause appearing therefore, it is hereby ORDERED that the Initial Case Management Conference be continued from September 1, 2009 to September 15, 2009 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 8/18/09

______________________________
United States District Judge