1  EDMUND G. BROWN JR.
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  State Bar No. 135875
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5580
5   Fax:  (415) 703-5480
    E-mail:  susan.carson@doj.ca.gov
6  *Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKESHA MARTINEZ, by and through her husband and next friend Carlos Martinez, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,**<br><br>Defendants. | CV 09-2306 CW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:  September 15, 2009<br>Time:  2:00 p.m.<br>Courtroom:  2<br>Judge   The Honorable Claudia Wilken<br>Trial Date<br>Action Filed:  May 26, 2009 |

Pursuant to Local Rule 6-2, Plaintiffs MIKESHA MARTINEZ, et al. (Plaintiffs) and Defendants ARNOLD SCHWARZENEGGER, JOHN A. WAGONER, DAVID MAXWELL-JOLLY, and JOHN CHIANG (State Defendants) and Defendants COUNTY OF FRESNO and FRESNO COUNTY IN-SOME SUPPORTIVE SERVICES PUBLIC AUTHORITY (Fresno Defendants) hereby stipulate to continue the Initial Case Management Conference from September 15, 2009 to October 6, 2009 at 2:00 p.m., with the Joint Case Management Statement due on or before September 29, 2009.

1

Stipulation to Continue Initial CMC, [Proposed] Order  (CV 09-2306 CW)

1 | Good cause exists for the requested continued as the Fresno County defendants' motion to dismiss and motion to sever will be heard on September 17, 2009, and the continuation of the Case Management Conference will permit this court time to rule on the Fresno County Defendants' motions prior to the parties being required to file their Joint Case Management Statement.

Dated: September 4, 2009      Respectfully submitted,

     EDMUND G. BROWN JR.
     Attorney General of California

     SUSAN M. CARSON
     Supervising Deputy Attorney General
     *Attorneys for State Defendants*

September ___, 2009      Respectfully submitted,

     STEPHEN P. BERZON
     SCOTT KRONLAND
     STACEY M. LEYTON
     PEDER J. THOREEN
     ANNE N. ARKUSH

     By:_____
     Attorneys for Plaintiffs

September ___, 2009      Respectfully submitted:

     MICHAEL G. WOODS
     MANDY JEFFCOACH

     By:_____
     Attorneys for Fresno County Defendants

1 **ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiffs, State Defendants, and Fresno County Defendants, and good cause appearing therefore, it is hereby ORDERED that the Initial Case Management be continued from September 15, 2009 to October 6, 2009 at 2:00 p.m.

IT IS SO ORDERED.

9/9/09

Dated: _____        _____

                                                    United States District Court Judge

SF2009403964
40373303.doc