IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| V.L., et al., | No. C 09-04668 CW |
|     Plaintiffs, | FURTHER ORDER ON BRIEFING SCHEDULE |
|   v. |  |
| JOHN A. WAGNER, et al., |  |
|     Defendants. / |  |

    In light of the fact that ECF will be offline from 5:00 p.m. on Friday, October 9, 2009 to 6:30 a.m. on Tuesday, October 13, 2009, Defendants' opposition to Plaintiffs' preliminary injunction motion will be due Tuesday, October 13, 2009 at 9:00 a.m. Plaintiffs' reply will be due Thursday, October 15, 2009 at 9:00 a.m.

    IT IS SO ORDERED.

Dated: 10/09/09

                                    CLAUDIA WILKEN
                                    United States District Judge