1  STEPHEN P. BERZON (SBN 46540)
   SCOTT A. KRONLAND (SBN 171693)
2  STACEY M. LEYTON (SBN 203827)
   PEDER J. THOREEN (SBN 217081)
3  EMILY B. WHITE (SBN 254294)
   Altshuler Berzon LLP
4  177 Post Street, Suite 300
   San Francisco, California 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  sberzon@altshulerberzon.com
   skronland@altshulerberzon.com
7  sleyton@altshulerberzon.com
   pthoreen@altshulerberzon.com
8  ewhite@altshulerberzon.com

9  Attorneys for Plaintiffs

10                UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO/OAKLAND DIVISION
12

| | |
|---|---|
| 13  SIA CHUE YANG, PATSY MILLER, LYDIA DOMINGUEZ, ALEX BROWN, by and through his mother and next friend Lisa Brown, DONNA BROWN, CHLOE LIPTON, by and through her conservator and next friend Julie Weissman-Steinbaugh, HERBERT M. MEYER, LESLIE GORDON, CHARLENE AYERS, WILLIE BEATRICE SHEPPARD, and ANDY MARTINEZ, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED HEALTHCARE WORKERS WEST; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED LONG-TERM CARE WORKERS; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521; and SERVICE EMPLOYEES INTERNATIONAL UNION CALIFORNIA STATE COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California; JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; JOHN CHIANG, California State Controller; FRESNO COUNTY; and FRESNO COUNTY IN-HOME SUPPORTIVE SERVICES PUBLIC AUTHORITY,<br><br>Defendants. | Case No. C 09-02306 CW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULE FOR FILING OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AS MODIFIED** |

1   Pursuant to Local Rule 6-2, the parties stipulate as follows:

2   1.   By Case Management Order of October 7, 2009, the Court set December 17, 2009, as the date for hearing on Plaintiffs' Motion for Class Certification.

3   2.   The parties agree that an extension of time is appropriate and will not affect the schedule for the rest of the case. The parties submit the following proposed schedule for the Court's consideration:

    Motion filed:          January 4, 2010
    Opposition due:     January 28, 2010
    Reply due:              February 11, 2010
    Hearing:                  February 25, 2010, 2 p.m.

Dated: November 12, 2009             Respectfully submitted,

STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
EMILY B. WHITE (SBN 254294)

By: _____/s/_____
    Emily B. White
    Attorneys for Plaintiffs

Dated: November __, 2009

_____
Susan Carson
Supervising Deputy Attorney General
Attorneys for State Defendants

Dated: November __, 2009

_____
Mandy Jeffcoach
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Attorneys for Defendants County of Fresno and Fresno County In-Home Supportive Services Public Authority

1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE MOTION WILL BE SUBMITTED ON THE PAPERS.**

11/18/09

Dated: _____

_____
The Honorable Claudia A. Wilken

2

Stipulation and [Proposed] Order to Amend Schedule for Filing of Plaintiffs' Motion for Class Certification , Case No. C09-02306 CW