ORIGINAL FILED
2010 JAN 25 P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

1 CRAIG J. CANNIZZO (State Bar No. 70379)
MARK E. REAGAN (State Bar No. 143438)
2 GREG B SHERMAN (State Bar No. 253832)
HOOPER, LUNDY & BOOKMAN, INC.
3 575 Market Street, Suite 2300
San Francisco, California 94105
4 Telephone: (415) 875-8500
Facsimile: (415) 875-8519
5 E-Mail: gsherman@health-law.com

6 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION



CV 10 0344

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PUBLIC AUTHORITIES, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California; JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; JOHN CHIANG, California State Controller,<br><br>Defendant. | CASE NO.<br><br>**DECLARATION OF CRAIG J. CANNIZZO RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED, FILED IN CASE NO. C. 09-02306 (CW)**<br><br>**CLASS ACTION** |

2022633.1

DECLARATION OF CRAIG J. CANNIZZO

# DECLARATION OF CRAIG J. CANNIZZO

I, CRAIG J. CANNIZZO, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney with the law firm of Hooper, Lundy & Bookman, Inc., counsel of record for California Association of Public Authorities *et al.* herein. The facts stated herein are personally known to me, and if called as a witness I could and would competently testify to them.

2. A stipulation regarding California Association of Public Authorities' Administrative Motion To Consider Whether Case Should Be Related could not be reasonably obtained because the Administrative Motion was filed prior to opposing counsel making an appearance in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2010, at San Francisco, California.

_____
CRAIG J. CANNIZZO

HOOPER, LUNDY & BOOKMAN, INC.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 575 Market Street, Suite 2300, San Francisco, California 94105.

On January 25, 2010, I served true copies of the following document(s) described as **DECLARATION OF CRAIG J. CANNIZZO RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED, FILED IN CASE NO. C. 09-02306 (CW)** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hooper, Lundy & Bookman, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2010, at San Francisco, California.

/s/ Diana Morgan
Diana Morgan

---

DECLARATION OF CRAIG J. CANNIZZO

**SERVICE LIST**
**Putz, et al. v. Arnold Schwarzenegger, et al.**

| | |
|---|---|
| Anne Nelson Arkush<br>Altshuler Berzon<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | Stephen P. Berzon<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| Gregory David Brown<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102 | Timothy John Buchanan<br>McCormick Barstow, et al.<br>5 River Park Place East<br>Fresno, CA 93720-1501 |
| Susan M. Carson<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004 | Scott Alan Kronland<br>Altshuler Berzon, LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| Stacey M. Leyton<br>Altshuler Berzon, LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | Karin S. Schwartz<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102 |
| David Abraham Silberman<br>San Mateo County Counsel's Office<br>400 County Center<br>6th Floor<br>Redwood City, CA 94063 | Peder J. Thoreen<br>Altshuler Berzon, LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| Emily Butler White<br>Altshuler Berzon, LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | Michael Gary Woods<br>McCormick Barstow, et al.<br>5 River Park Place East<br>Fresno, CA 93720-1501 |
| Michael A. Zwibelman<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004 | Ann Esther Menasche<br>Disability Rights California<br>1111 Sixth Avenue, Suite 200<br>San Diego, CA 92101 |
| Anna Margaret Rich<br>National Senior Citizens Law Center<br>1330 Broadway, Suite 525<br>Oakland, CA 94612 | Charles Hobson Wolfinger, jr.<br>Attorney at Law<br>4655 Cass Street, #314<br>San Diego, CA 92109-2811 |
| Dara Lynn Schur<br>Disability Rights California<br>Bay Area Regional Office<br>1330 Broadway, Suite 500<br>Oakland, CA 94612 | Deborah Alyse Dorfman<br>3580 Wilshire Blvd., #902<br>Los Angeles, CA 90010 |

| | | |
|---|---|---|
| 1 | Frederick Philip Nisen<br>Disability Rights California<br>Bay Area Regional Office<br>1330 Broadway, Suite 500<br>Oakland, CA 94612 | Jung Pham<br>Disability Rights California<br>Bay Area Regional Office<br>1330 Broadway, Suite 500<br>Oakland, CA 94612 |
| 4 | Marilyn Lee Holle<br>Disability Rights California<br>3580 Wilshire Blvd., Suite 902<br>Los Angeles, CA 90010 | Melinda Ruth Bird<br>Disability Rights California<br>3580 Wilshire Blvd., Suite 902<br>Los Angeles, CA 90010 |
| 7 | Paula D. Pearlman<br>Western Law Center for Disability Rights<br>Loyola Law School<br>919 Albany Street<br>Los Angeles, CA 90015 | Shawna L Parks<br>Western Law Center for Disability Rights<br>Loyola Law School<br>919 Albany Street<br>Los Angeles, CA 90015 |
| 10 | Sujatha Jagadeesh Branch<br>Disability Rights California<br>100 Howe Avenue, Suite 235N<br>Sacramento, CA 95825 | Casey Austin Roberts<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| 12 | Eve Hedy Cervantez<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | |

HOOPER, LUNDY & BOOKMAN, INC.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

2022633.1

DECLARATION OF CRAIG J. CANNIZZO