```
 1  CRAIG J. CANNIZZO (State Bar No. 70379)
    MARK E. REAGAN (State Bar No. 143438)
 2  GREG B SHERMAN (State Bar No. 253832)
    HOOPER, LUNDY & BOOKMAN, INC.
 3  575 Market Street, Suite 2300
    San Francisco, California 94105
 4  Telephone: (415) 875-8500
    Facsimile: (415) 875-8519
 5  E-Mail: gsherman@health-law.com

 6  Attorneys for Plaintiffs
```



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PUBLIC AUTHORITIES, et al., <br><br> Plaintiff, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, Governor of the State of California; JOHN A. WAGNER, Director of the California Department of Social Services; DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; JOHN CHIANG, California State Controller, <br><br> Defendant. | CASE NO. 10 0344 <br><br> **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, FILED IN CASE NO. C. 09-02306 (CW)** <br><br> <u>CLASS ACTION</u> |

2022632.1

1

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION RE RELATED CASES

California Association of Public Authorities' filed an Administrative Motion to Consider Whether Cases Should Be Related with this Court on January 25, 2010. Having considered the motion, and good cause appearing,

THE COURT HEREBY GRANTS the Administrative Motion. The matter captioned *California Association of Public Authorities et. al v Schwarzenegger*, Case No. _____, shall be deemed related to *Martinez et al. v. Schwarzenegger, et al.*, and *V.L. v. Wagner*, Case No. CV 09-04668, and shall be assigned to me.

DATED: January \_\_\_, 2010

By:_____
THE HONORABLE CLAUDIA WILKEN

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Francisco, State of California. My business address is 575 Market Street, Suite 2300, San Francisco, California 94105.

On January 25, 2010, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, FILED IN CASE NO. C. 09-02306 (CW)** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hooper, Lundy & Bookman, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2010, at San Francisco, California.

_____
Diana Morgan

---

2022632.1

c 09-02306 cw

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

# SERVICE LIST
## Putz, et al. v. Arnold Schwarzenegger, et al.

Anne Nelson Arkush
Altshuler Berzon
177 Post Street, Suite 300
San Francisco, CA 94108

Stephen P. Berzon
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Gregory David Brown
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Timothy John Buchanan
McCormick Barstow, et al.
5 River Park Place East
Fresno, CA 93720-1501

Susan M. Carson
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Scott Alan Kronland
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Stacey M. Leyton
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Karin S. Schwartz
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

David Abraham Silberman
San Mateo County Counsel's Office
400 County Center
6th Floor
Redwood City, CA 94063

Peder J. Thoreen
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Emily Butler White
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Michael Gary Woods
McCormick Barstow, et al.
5 River Park Place East
Fresno, CA 93720-1501

Michael A. Zwibelman
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Ann Esther Menasche
Disability Rights California
1111 Sixth Avenue, Suite 200
San Diego, CA 92101

Anna Margaret Rich
National Senior Citizens Law Center
1330 Broadway, Suite 525
Oakland, CA 94612

Charles Hobson Wolfinger, jr.
Attorney at Law
4655 Cass Street, #314
San Diego, CA 92109-2811

Dara Lynn Schur
Disability Rights California
Bay Area Regional Office
1330 Broadway, Suite 500
Oakland, CA 94612

Deborah Alyse Dorfman
3580 Wilshire Blvd., #902
Los Angeles, CA 90010

HOOPER, LUNDY & BOOKMAN, INC.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL.: (415) 875-8500 • FAX: (415) 875-8519

2022632.1

c 09-02306 cw

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| Frederick Philip Nisen<br>Disability Rights California<br>Bay Area Regional Office<br>1330 Broadway, Suite 500<br>Oakland, CA 94612 | Jung Pham<br>Disability Rights California<br>Bay Area Regional Office<br>1330 Broadway, Suite 500<br>Oakland, CA 94612 |
| Marilyn Lee Holle<br>Disability Rights California<br>3580 Wilshire Blvd., Suite 902<br>Los Angeles, CA 90010 | Melinda Ruth Bird<br>Disability Rights California<br>3580 Wilshire Blvd., Suite 902<br>Los Angeles, CA 90010 |
| Paula D. Pearlman<br>Western Law Center for Disability Rights<br>Loyola Law School<br>919 Albany Street<br>Los Angeles, CA 90015 | Shawna L Parks<br>Western Law Center for Disability Rights<br>Loyola Law School<br>919 Albany Street<br>Los Angeles, CA 90015 |
| Sujatha Jagadeesh Branch<br>Disability Rights California<br>100 Howe Avenue, Suite 235N<br>Sacramento, CA 95825 | Casey Austin Roberts<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| Eve Hedy Cervantez<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | |