IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYDIA DOMINGUEZ, et al.,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. 09-02306 CW

ORDER ADOPTING STIPULATION CONTINUING DEADLINES FILED MAY 7, 2010

    The Court has reviewed the Stipulation Continuing Deadlines filed on May 7, 2010.  The Court adopts the stipulation with the following modifications:  the case management conference is continued to March 3, 2011 at 2:00 p.m.; the final pretrial conference is continued to May 24, 2011 at 2:00 p.m.; and the bench trial is continued to June 6, 2011 at 8:30 a.m. Accordingly,

    IT IS HEREBY ORDERED that the stipulation is GRANTED as modified above.  Lydia Dominguez has been listed as the lead Plaintiff by the Ninth Circuit Court of Appeals.  The Clerk is directed to change the caption on the docket, and the parties shall use that caption.

Dated: 5/14/2010

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge