IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA DOMINGUEZ, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants._____/ | No. 09-02306 CW<br><br>ORDER ON BRIEFING SCHEDULE FOR APPLICATION FOR TEMPORARY RESTRAINING ORDER |

    Plaintiffs have filed (1) an <u>ex parte</u> application for a temporary restraining order and order to show cause why a preliminary injunction should not issue by June 30, 2010 and (2) a motion for leave to file a second amended complaint.  Defendants shall file an opposition to these motions by Friday, June 25 and Plaintiffs shall reply by Monday June 28 at noon.  These motions will be heard on June 29, 2010 at 2:00 p.m.[1]

    IT IS SO ORDERED.

Dated: 06/22/10

                                                CLAUDIA WILKEN
                                                United States District Judge

---

[1] Plaintiffs' <u>ex parte</u> motion to shorten time for the motion for leave to file second amended complaint is granted.  (Docket No. 339).