EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
State Bar No. 135875
JENNIFER A. BUNSHOFT
Deputy Attorney General
State Bar No. 197306
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5580
 Fax: (415) 703-5480
 E-mail: susan.carson@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYDIA DOMINGUEZ, PATSY MILLER, ALEX BROWN, by and through his mother and next friend Lisa Brown, DONNA BROWN, CHLOE LIPTON, by and through her conservator and next friend Julie Weissman-Steinbaugh, HERBERT M. MEYER, LESLIE GORDON, CHARLENE AYERS, WILLIE BEATRICE SHEPPARD, and ANDY MARTINEZ, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED HEALTHCARE WORKERS WEST; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED LONG-TERM CARE WORKERS; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521; and SERVICE EMPLOYEES INTERNATIONAL UNION CALIFORNIA STATE COUNCIL,**<br><br>        Plaintiffs,<br><br>  v.<br><br>**ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,**<br><br>        Defendants. | CV 09-2306 CW<br><br>**STIPULATION TO CONTINUE THE HEARING DATE RE PLAINTIFFS' MOTION TO COMPEL**<br><br>The Honorable James Larson |

1

Pursuant to Local Rule 6-2, the parties stipulate as follows:

1. Due to the fact that State defendants' attorney, Susan M. Carson will be out of the country until August 6 and this court set the hearing on plaintiffs' motion to compel for August 4, that the hearing may be continued to the week of August 9th, to be set at the court's convenience.

2. The parties agree that an extension of time is appropriate and will not affect the schedule for the rest of the case.

Dated: July 2, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

/s/ Susan M. Carson

SUSAN M. CARSON
Supervising Deputy Attorney General
*Attorneys for State Defendants*

Peter Thoreen
Altshuler Berzon LLP
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

Pursuant to Stipulation, plaintiffs motion to compel is continued to:
August 11, 2010 at 9:30 a.m.

Dated: 7/12/10

_____
The Honorable James Larson

SF2009403964
20303511.doc

3
STIPULATION TO CONTINUE THE HEARING DATE RE PLAINTIFFS' MOTION TO COMPEL
(CV 09-2306 CW)