```
STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
ANNE N. ARKUSH (SBN 254985)
EMILY B. WHITE (SBN 254294)
CAROLINE P. CINCOTTA (SBN 261056)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
aarkush@altshulerberzon.com
ewhite@altshulerberzon.com
ccincotta@altshulerberzon.com
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, *et al.*, <br><br> Defendants. | Case No. C 09-02306 CW <br><br> **CLASS ACTION** <br><br> [PROPOSED] **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiffs' Motion To File Documents Under Seal, having come before this Court for consideration, is GRANTED. It is hereby ORDERED that Exhibits A and C to the Declaration of Peder J. Thoreen in Support of Reply in Support of Application for a Temporary Restraining Order shall be filed under seal.

Dated _____July 19___, 2010

_____
Hon. Claudia J. Wilken
United States District Court Judge