1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9           SAN FRANCISCO/OAKLAND DIVISION

10  LYDIA DOMINGUEZ, *et al.*,              ) Case No. C 09-02306 CW
                                            )
11         Plaintiffs,                      )
                                            ) **CLASS ACTION**
12         v.                               )
                                            ) **ORDER GRANTING JOINT**
13  ARNOLD SCHWARZENEGGER, *et al.*,        ) **APPLICATION FOR ADMINISTRATIVE**
                                            ) **RELIEF CONTINUING DEADLINES**
14         Defendants.                      )
                                            )
15                                          )
                                            )
16

17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING JOINT APPLICATION FOR ADMINISTRATIVE RELIEF CONTINUING DEADLINES**

Having reviewed the papers filed by the parties, this Court orders that the completion of fact discovery and expert discovery deadlines be postponed by 120 days as reflected in the schedule set forth below, and the parties meet and confer regarding the impact of this stipulation and order upon the schedule for dispositive motions and other deadlines in the case and report back to this Court:

Completion of Fact Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2/28/11

Disclosure of identities and reports of expert witnesses

    Initial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/21/11

    Rebuttal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/21/11

Completion of Expert Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5/23/11

As previously ordered, counsel must consult with the courtroom deputy regarding available trial dates. Counsel must do this within 7 days of the date of this order.  The dispositive motion hearing must be at least 90 days before the trial date.

IT IS SO ORDERED.

Dated: October 28, 2010

                                                              Honorable Claudia A. Wilken
                                                              United States District Court Judge