1  KAMALA D. HARRIS
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  State Bar No. 135875
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5580
5   Fax:  (415) 703-5480
    E-mail:  susan.carson@doj.ca.gov
6  *Attorneys for Defendants*

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

| | |
|---|---|
| **LYDIA DOMINGUEZ, PATSY MILLER, ALEX BROWN, by and through his mother and next friend Lisa Brown, DONNA BROWN, CHLOE LIPTON, by and through her conservator and next friend Julie Weissman-Steinbaugh, HERBERT M. MEYER, LESLIE GORDON, CHARLENE AYERS, WILLIE BEATRICE SHEPPARD, and ANDY MARTINEZ, on behalf of themselves and a class of those similarly situated; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED HEALTHCARE WORKERS WEST; SERVICE EMPLOYEES INTERNATIONAL UNION UNITED LONG-TERM CARE WORKERS; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521; SERVICE EMPLOYEES INTERNATIONAL UNION CALIFORNIA STATE COUNCIL, UNITED DOMESTIC WORKERS OF AMERICA, AFSCME, LOCAL 3930, AFL-CIO; and CALIFORNIA UNITED HOMECARE WORKERS,**<br><br>                                    **Plaintiffs,**<br><br>          **v.**<br><br>**ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,**<br><br>                                    **Defendants.** | CV 09-2306 CW<br><br>**STIPULATION AND ORDER STAYING ALL DISTRICT COURT PROCEEDINGS IN THIS ACTION PENDING RESOLUTION OF RELATED PROCEEDINGS IN THE U.S. SUPREME COURT** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                  1

1    WHEREAS the U.S. Supreme Court has granted defendants' joint petition for certiorari in
2    *Douglas v. California Pharmacists*, Case No. 09-1158, of which this case is a part;

3    WHEREAS the parties believe that there is a significant possibility that the U.S. Supreme
4    Court's decision in *California Pharmacists* could either eliminate the need for further litigation in
5    this action or significantly clarify and narrow the issues that would still need to be litigated;

6    WHEREAS the parties agree that it would be more efficient for the Court and the parties to
7    stay all district court proceedings pending the U.S. Supreme Court's resolution of *Douglas v.*
8    *California Pharmacists*;

9    IT IS HEREBY STIPULATED between the parties through their respective counsel that,
10   subject to this court's approval:

11   1.    All district court proceedings in this action are hereby stayed.

12   2.    The stay shall be lifted automatically upon the U.S. Supreme Court's issuance of its
13   decision in *Douglas v. California Pharmacists*, Case No. 09-1158.

14   3.    The stay may be lifted unilaterally by any party at any time upon three (3) days' prior
15   written notice to the court and all other parties.

16   4.    The stay may be lifted at any time by order of the court.

17

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

2

1 | Dated:  February 25, 2011

Respectfully submitted,

2

KAMALA D. HARRIS
Attorney General of California

3

*/s/ SUSAN M. CARSON*
_____

4

5

SUSAN M. CARSON
Supervising Deputy Attorney General
*Attorneys for State Defendants*

6

7

Respectfully submitted,

8

Stephen P. Berzon
Scott A. Kronland
Stacey M. Leyton
Peder J. Thoreen
Anne N. Arkush
Altshuler Berzon LLP

9

10

11

*/s/ Stacey M. Leyton*
_____
*Attorneys for Plaintiffs*

12

13

Respectfully submitted,

14

Michael G. Woods
Timothy J. Buchanan
Mandy L. Jeffcoach
McCormick, Barstow, Sheppard, Wayte &
Carruth LLP

15

16

17

*/s/ Timothy J. Buchanan*
_____
*Attorneys for Fresno Defendants*

18

19

20

21

22

23

24

25

26

27

28

3

1    **GENERAL ORDER 45 ATTESTATION**

2         I, Susan Carson, am the ECF user whose ID and password are being used to file this

3    declaration.  In compliance with General Order 45, X.B., I hereby attest that counsel for Plaintiffs

4    and Fresno Defendants have concurred in the filing of this document with their electronic

5    signatures.

6    Dated:  February 25, 2011

7                                                    _/S/ Susan M. Carson_____
                                                        Susan Carson
8

9

10        PURSUANT TO STIPULATION, IT IS SO ORDERED.  **However, absent a further
     stipulation or order of the Court, the dates set for Court appearances will remain on**
11   **calendar.**

12

13   Dated:  March 2, 2011
                                                    Honorable Claudia A. Wilken
14                                                    United States District Court Judge

15

16   SF2009403964
     20412114.doc
17

18

19

20

21

22

23

24

25

26

27

28

4