STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
ANNE N. ARKUSH (SBN 254985)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
aarkush@altshulerberzon.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, et al., | Case No. C 09-02306 CW |
| Plaintiffs, | |
| | **CLASS ACTION** |
| v. | |
| | **STIPULATION AND ORDER CONTINUING DEADLINES** |
| EDMUND G. BROWN, Jr., et al, | |
| Defendants. | |

WHEREAS, the United States Supreme Court granted review of the decision issued by the United States Court of Appeals for the Ninth Circuit affirming the preliminary injunction in this case, in the consolidated cases of *Douglas (formerly Maxwell-Jolly) v. Independent Living Center of Southern California,* U.S. Supreme Court Case No. 09-958, *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158; and *Douglas v Santa Rosa Memorial Hospital,* U.S. Supreme Court Case No. 10-283; and

WHEREAS, these consolidated cases have been set for oral argument in the United States Supreme Court on October 3, 2011; and

WHEREAS, this Court previously signed a stipulation and order staying the case pending disposition of *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158, except that the Court can lift this stay at any time and any party can lift this stay upon three (3) calendar days' prior written notice to the Court and all other parties; and

WHEREAS, that stay remains in place at the present time; and

WHEREAS, this Court's prior order stated that, absent a further stipulation or order of the Court, the dates set for court appearances will remain on calendar; and

WHEREAS, the parties agree that it would more efficient for Court and the parties to vacate the dates on the court's calendar for the pretrial conference currently scheduled for November 22, 2011 and the two week trial currently schedule to start on December 5, 2011 pending resolution of *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158.

IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval,

1. The further case management conference scheduled for August 25, 2011 is taken off calendar.
2. The further case management conference will be rescheduled for November 17, 2011.
3. The parties, by filing another Stipulation and Order, may request an earlier or later date for the further case management conference.

4. The pretrial conference currently scheduled for November 22, 2011 and the two week trial currently schedule to start on December 5, 2011 are vacated and will be reset after the stay currently in place is lifted.

Dated: August 12, 2011                      Respectfully submitted,

STEPHEN P. BERZON
SCOTT A. KRONLAND
STACEY M. LEYTON
PEDER J. THOREEN
ANNE N. ARKUSH
Altshuler Berzon LLP

By: */s/ Stacey M. Leyton*
      Attorneys for Plaintiffs

Dated: August 12, 2011                      Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT
Deputy Attorney General

By: */s/ Susan M. Carson*
      Attorneys for State Defendants

Dated: August 12, 2011                        Respectfully submitted,

MICHAEL G. WOODS
TIMOTHY J. BUCHANAN
MANDY L. JEFFCOACH
McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP

By: */s/ Mandy L. Jeffcoach*
      Attorneys for Fresno Defendants

GENERAL ORDER 45 ATTESTATION

I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: August 12, 2011    By: */s/ Stacey M. Leyton*
                                          Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __**August 16**__, 2011    _____
                                          Honorable Claudia A. Wilken
                                          United States District Court Judge