STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
ANNE N. ARKUSH (SBN 254985)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
aarkush@altshulerberzon.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, Jr., et al, <br><br> Defendants. | Case No. C 09-02306 CW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the United States Supreme Court heard argument on October 3, 2011 in the consolidated cases of *Douglas (formerly Maxwell-Jolly) v. Independent Living Center of Southern California,* U.S. Supreme Court Case No. 09-958, *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158; and *Douglas v Santa Rosa Memorial Hospital,* U.S. Supreme Court Case No. 10-283; and

WHEREAS, this Court previously signed a stipulation and order staying the case pending disposition of *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158, except that the Court can lift this stay at any time and any party can lift this stay upon three (3) calendar days' prior written notice to the Court and all other parties; and

WHEREAS, that stay remains in place at the present time; and

WHEREAS, a case management conference is set for November 17, 2011; and

WHEREAS, this Court's prior order stated that the parties may request a later date for the case management conference by filing another stipulation and order;

IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval, the further case management conference scheduled for November 17, 2011 is taken off calendar and the further case management conference will be rescheduled for January 12, 2012.

Dated: November 9, 2011

Respectfully submitted,

STEPHEN P. BERZON
SCOTT A. KRONLAND
STACEY M. LEYTON
PEDER J. THOREEN
ANNE N. ARKUSH
Altshuler Berzon LLP

By: */s/ Stacey M. Leyton*
       Attorneys for Plaintiffs


| | |
|---|---|
| Dated: November 9, 2011 | Respectfully submitted,<br><br>KAMALA D. HARRIS<br>Attorney General of California<br>SUSAN M. CARSON<br>Supervising Deputy Attorney General<br>JENNIFER A. BUNSHOFT<br>Deputy Attorney General<br><br>By: */s/ Susan M. Carson*<br>       Attorneys for State Defendants |
| Dated: November 9, 2011 | Respectfully submitted,<br><br>MICHAEL G. WOODS<br>TIMOTHY J. BUCHANAN<br>MANDY L. JEFFCOACH<br>McCormick, Barstow, Sheppard,<br>   Wayte & Carruth LLP<br><br>By: */s/ Timothy J. Buchanan*<br>       Attorneys for Fresno Defendants |

GENERAL ORDER 45 ATTESTATION

I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest that Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: November 9, 2011     By: */s/ Stacey M. Leyton*
                                Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2011    [signature: Claudia Wilken]
                            Honorable Claudia A. Wilken
                            United States District Court Judge