1  STEPHEN P. BERZON (SBN 46540)
   SCOTT A. KRONLAND (SBN 171693)
2  STACEY M. LEYTON (SBN 203827)
   PEDER J. THOREEN (SBN 217081)
3  ANNE N. ARKUSH (SBN 254985)
   Altshuler Berzon LLP
4  177 Post Street, Suite 300
   San Francisco, California 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  sberzon@altshulerberzon.com
   skronland@altshulerberzon.com
7  sleyton@altshulerberzon.com
   pthoreen@altshulerberzon.com
8  aarkush@altshulerberzon.com

9  Attorneys for Plaintiffs

10                       UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, et al., | Case No. C 09-02306 CW |
| Plaintiffs, | **CLASS ACTION** |
| v. | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| EDMUND G. BROWN, Jr., et al, | |
| Defendants. | |

WHEREAS, the United States Supreme Court heard argument on October 3, 2011 in the consolidated cases of *Douglas (formerly Maxwell-Jolly) v. Independent Living Center of Southern California,* U.S. Supreme Court Case No. 09-958, *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158; and *Douglas v Santa Rosa Memorial Hospital,* U.S. Supreme Court Case No. 10-283; and

WHEREAS, the Supreme Court has not yet issued a decision in these cases; and

WHEREAS, this Court previously signed a stipulation and order staying the case pending disposition of *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158, except that the Court can lift this stay at any time and any party can lift this stay upon three (3) calendar days' prior written notice to the Court and all other parties; and

WHEREAS, that stay remains in place at the present time; and

WHEREAS, a case management conference is set for January 12, 2012; and

WHEREAS, this Court's prior order stated that the parties may request a later date for the case management conference by filing another stipulation and order;

IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval, the further case management conference scheduled for January 12, 2012 is taken off calendar and the further case management conference will be rescheduled for April 4, 2012.

Dated: January 5, 2012

Respectfully submitted,

STEPHEN P. BERZON
SCOTT A. KRONLAND
STACEY M. LEYTON
PEDER J. THOREEN
ANNE N. ARKUSH
Altshuler Berzon LLP

By: */s/ Stacey M. Leyton*
       Attorneys for Plaintiffs

Dated: January 5, 2012							Respectfully submitted,

											KAMALA D. HARRIS
											Attorney General of California
											SUSAN M. CARSON
											Supervising Deputy Attorney General
											JENNIFER A. BUNSHOFT
											Deputy Attorney General

											By:  */s/ Susan M. Carson*
											          Attorneys for State Defendants

Dated: January 5, 2012							Respectfully submitted,

											MICHAEL G. WOODS
											TIMOTHY J. BUCHANAN
											MANDY L. JEFFCOACH
											McCormick, Barstow, Sheppard,
											     Wayte & Carruth LLP

											By:  */s/ Timothy J. Buchanan*
											          Attorneys for Fresno Defendants

GENERAL ORDER 45 ATTESTATION

I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest that Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: January 5, 2012                    By: */s/ Stacey M. Leyton*
                                                                Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_\_January 6\_\_\_, 2012       _____
                                                Honorable Claudia A. Wilken
                                                United States District Court Judge