STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
ANNE N. ARKUSH (SBN 254985)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
aarkush@altshulerberzon.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, et al., | Case No. C 09-02306 CW |
| Plaintiffs, | |
| v. | **CLASS ACTION** |
| EDMUND G. BROWN, Jr., et al, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

WHEREAS, the United States Supreme Court heard argument on October 3, 2011 in the consolidated cases of *Douglas (formerly Maxwell-Jolly) v. Independent Living Center of Southern California,* U.S. Supreme Court Case No. 09-958, *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158; and *Douglas v Santa Rosa Memorial Hospital,* U.S. Supreme Court Case No. 10-283; and

WHEREAS, the Supreme Court has not yet issued a decision in these cases; and

WHEREAS, this Court previously signed a stipulation and order staying the case pending disposition of *Douglas v. California Pharmacists Ass'n*, U.S. Supreme Court Case No. 09-1158, except that the Court can lift this stay at any time and any party can lift this stay upon three (3) calendar days' prior written notice to the Court and all other parties; and

WHEREAS, that stay remains in place at the present time; and

WHEREAS, a case management conference is set for January 12, 2012; and

WHEREAS, this Court's prior order stated that the parties may request a later date for the case management conference by filing another stipulation and order;

IT IS HEREBY STIPULATED between the parties through their respective counsel that, subject to Court approval, the further case management conference scheduled for January 12, 2012 is taken off calendar and the further case management conference will be rescheduled for April 4, 2012.

Dated: January 5, 2012                                        Respectfully submitted,

                                                            STEPHEN P. BERZON
                                                            SCOTT A. KRONLAND
                                                            STACEY M. LEYTON
                                                            PEDER J. THOREEN
                                                            ANNE N. ARKUSH
                                                            Altshuler Berzon LLP

                                                            By:   */s/ Stacey M. Leyton*
                                                                      Attorneys for Plaintiffs

Dated: January 5, 2012                    Respectfully submitted,

                                               KAMALA D. HARRIS
                                             Attorney General of California
                                             SUSAN M. CARSON
                                             Supervising Deputy Attorney General
                                             JENNIFER A. BUNSHOFT
                                             Deputy Attorney General

                                             By: */s/ Susan M. Carson*
                                                                     Attorneys for State Defendants

Dated: January 5, 2012                    Respectfully submitted,

                                             MICHAEL G. WOODS
                                             TIMOTHY J. BUCHANAN
                                             MANDY L. JEFFCOACH
                                             McCormick, Barstow, Sheppard,
                                                        Wayte & Carruth LLP

                                             By: */s/ Timothy J. Buchanan*
                                                                     Attorneys for Fresno Defendants

GENERAL ORDER 45 ATTESTATION

  I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: January 5, 2012           By:   */s/ Stacey M. Leyton*
                        Attorneys for Plaintiffs

  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___January 6___, 2012        _____
                       Honorable Claudia A. Wilken
                       United States District Court Judge