IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA DOMINGUEZ, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants.<br>_____/ | No. C 09-2306 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On February 27, 2013, Defendant Fresno County filed a case management statement requesting that the Court conduct the case management conference previously set for March 6, 2013. Docket No. 440. Later that day, Plaintiffs and State Defendants filed a stipulation to continue the case management conference to May 8, 2013. Docket No. 441. Because the stipulation was not signed by "all affected parties," as required by Civil Local Rule 7-12, the Court declines to approve the stipulation.

Nevertheless, because this case has been stayed pending disposition of Douglas v. California Pharmacists Ass'n, Ninth Circuit Case No. 09-55365, the Court CONTINUES the case management conference to May 8, 2013.

IT IS SO ORDERED.

Dated: 2/28/2013

CLAUDIA WILKEN
United States District Judge