STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, Jr., et al, <br> Defendants. | Case No. C 09-02306 CW <br><br> **CLASS ACTION** <br><br> **JOINT NOTICE AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |

## JOINT NOTICE AND REQUEST FOR DISMISSAL

On May 23, 2013, the Court granted final settlement approval in this action. At that time, a preliminary injunction appeal in this action remained pending in the Ninth Circuit Court of Appeals. Additionally, the terms of the settlement contemplated the subsequent passage of implementing legislation by the California Legislature. The Court's May 23, 2013, final approval order requires the remaining parties to file a Joint Notice and Request for Dismissal within 30 days after the date that the appeal in this case has been dismissed and the legislation enacted.

The parties hereby provide notice that the California Legislature passed the related legislation and it was signed by the Governor on May 30, 2013. The Ninth Circuit dismissed the appeal in this action on July 8, 2013. Therefore, the parties respectfully request that the Court sign and enter the attached proposed order dismissing this action. Pursuant to Fed. R. Civ. P. 58(d), the parties also respectfully request that the Court enter judgment accordingly.

Dated: August 1, 2013                    Respectfully submitted,

STEPHEN P. BERZON
SCOTT A. KRONLAND
STACEY M. LEYTON
PEDER J. THOREEN
Altshuler Berzon LLP

By:   */s/ Stacey M. Leyton*
         Attorneys for Plaintiffs

Dated: August 1, 2013                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT
Deputy Attorney General

By:   */s/ Susan M. Carson*
         Attorneys for State Defendants

GENERAL ORDER 45 ATTESTATION

I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this stipulation and proposed order. In compliance with General Order 45, X.B., I hereby attest that State Defendants' counsel have concurred in the filing of this document with their electronic signatures.

Dated: August 1, 2013                    By:   */s/ Stacey M. Leyton*
                                                Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that this case is dismissed with prejudice as to the State Defendants Will Lightbourne and Toby Douglas.

This judgment of dismissal is entered pursuant to the terms of the Settlement Agreement, which is incorporated herein as though fully set forth, and attached as Exhibit A to this Order. The Court orders the parties to the Settlement Agreement to perform all of their obligations thereunder. The Court retains exclusive and continuing jurisdiction over this case, the Named Plaintiffs, the Plaintiff Classes and Subclasses, and State Defendants for purposes of supervising and resolving issues relating to administration, implementation, and enforcement of the Settlement Agreement; resolving any disputes that may arise regarding the Settlement Agreement, its terms, or the enforcement thereof; and fashioning appropriate remedies for any violation of that Settlement Agreement. The Court's jurisdiction shall expire 30 months after the date of the Centers for Medicare and Medicaid Services' approval or disapproval of the "Assessment" described in Section VI of the Settlement Agreement.

Dated: August 7, 2013, 2013

_____
Honorable Claudia A. Wilken
United States District Court Judge