STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
PEDER J. THOREEN (SBN 217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
sberzon@altshulerberzon.com
skronland@altshulerberzon.com
sleyton@altshulerberzon.com
pthoreen@altshulerberzon.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LYDIA DOMINGUEZ, *et al.*, | Case No. C 09-02306 CW |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| EDMUND G. BROWN, Jr., et al, Defendants. | **JOINT NOTICE AND REQUEST FOR DISMISSAL; [~~PROPOSED~~] ORDER** |

1                              **JOINT NOTICE AND REQUEST FOR DISMISSAL**

2         On May 23, 2013, the Court granted final settlement approval in this action.  At that time, a

3 preliminary injunction appeal in this action remained pending in the Ninth Circuit Court of Appeals.

4 Additionally, the terms of the settlement contemplated the subsequent passage of implementing

5 legislation by the California Legislature.  The Court's May 23, 2013, final approval order requires

6 the remaining parties to file a Joint Notice and Request for Dismissal within 30 days after the date

7 that the appeal in this case has been dismissed and the legislation enacted.

8         The parties hereby provide notice that the California Legislature passed the related legislation

9 and it was signed by the Governor on May 30, 2013.  The Ninth Circuit dismissed the appeal in this

10 action on July 8, 2013.  Therefore, the parties respectfully request that the Court sign and enter the

11 attached proposed order dismissing this action.  Pursuant to Fed. R. Civ. P. 58(d), the parties also

12 respectfully request that the Court enter judgment accordingly.

13 Dated: August 1, 2013                  Respectfully submitted,

14

15                                    STEPHEN P. BERZON
                                   SCOTT A. KRONLAND

16                                    STACEY M. LEYTON
                                   PEDER J. THOREEN

17                                    Altshuler Berzon LLP

18

19                                    By:    */s/ Stacey M. Leyton*
                                      Attorneys for Plaintiffs

20

21 Dated: August 1, 2013                  Respectfully submitted,

22                                      KAMALA D. HARRIS

23                                    Attorney General of California
                                   SUSAN M. CARSON

24                                    Supervising Deputy Attorney General
                                   JENNIFER A. BUNSHOFT

25                                    Deputy Attorney General

26

27                                  By:    */s/ Susan M. Carson*
                                      Attorneys for State Defendants

28

1      GENERAL ORDER 45 ATTESTATION

2          I, Stacey M. Leyton, am the ECF user whose ID and password are being used to file this

3    stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that State

4    Defendants' counsel have concurred in the filing of this document with their electronic signatures.

5    Dated: August 1, 2013                    By:   /s/ Stacey M. Leyton

6                                                  Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Notice & Request For Dismissal; [Proposed] Order
C 09-02306 CW

1

**[~~PROPOSED~~] ORDER**

2        IT IS HEREBY ORDERED that this case is dismissed with prejudice as to the State

3 Defendants Will Lightbourne and Toby Douglas.

4        This judgment of dismissal is entered pursuant to the terms of the Settlement Agreement,

5 which is incorporated herein as though fully set forth, and attached as Exhibit A to this Order.  The

6 Court orders the parties to the Settlement Agreement to perform all of their obligations thereunder.

7 The Court retains exclusive and continuing jurisdiction over this case, the Named Plaintiffs, the

8 Plaintiff Classes and Subclasses, and State Defendants for purposes of supervising and resolving

9 issues relating to administration, implementation, and enforcement of the Settlement Agreement;

10 resolving any disputes that may arise regarding the Settlement Agreement, its terms, or the

11 enforcement thereof; and fashioning appropriate remedies for any violation of that Settlement

12 Agreement.  The Court's jurisdiction shall expire 30 months after the date of the Centers for

13 Medicare and Medicaid Services' approval or disapproval of the "Assessment" described in Section

14 VI of the Settlement Agreement.

15

16 Dated:  _August 7, 2013_ , 2013

17                                Honorable Claudia A. Wilken
                                 United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

3